RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Marco Antonio Reyes

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-mj-828-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** (First Request) |
| v. | |
| MARCO ANTONIO REYES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Marco Antonio Reyes, that the Preliminary Hearing currently scheduled for January 13, 2017 at 4:00 p.m., be vacated and set to a date and time convenient to this Court but no longer than forty-five (45) days.

The Stipulation is entered into for the following reasons:

1. The client is in custody and does not oppose the continuance.

2. The parties are in the process of negotiating the details of a global resolution in pending case number 2:12-cr-076-LDG-CWH, which is inextricably linked to 2:16-mj-828-VCF.

3. Additionally, denial of this request for continuance could result in a miscarriage of

1  justice.

2  This is the First stipulation to continue preliminary hearing filed herein.

3  DATED this 9th day of January, 2017.

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|---|---|
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Elham Roohani*<br>By_____<br>ELHAM ROOHANI<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARCO ANTONIO REYES,<br><br>        Defendant. | Case No. 2:16-mj-828-VCF<br><br>**ORDER** |

**FINDINGS OF FACT**

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 13, 2017 at 4:00 p.m. be vacated and continued to 2-27-17 at the hour of 4:00 P____:____ ___.m.

DATED this 9th day of January, 2017.

_____
UNITES STATES MAGISTRATE JUDGE