1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   MONIQUE KIRTLEY
3  Assistant Federal Public Defender
   411 E. Bonneville, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577/Phone
5  (702) 388-6261/Fax
   Monique_Kirtley@fd.org
6

7  Attorney for Marco Antonio Reyes

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:16-mj-828-VCF |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (Third Request) |
| MARCO ANTONIO REYES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Chad W. McHenry, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Marco Antonio Reyes, that the Preliminary Hearing currently scheduled for May 4, 2017 at 4:00 p.m., be vacated and set to a date and time convenient to this Court but no sooner than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. The client is in custody and does not oppose the continuance.

2. The parties are in the process of negotiating the details of a global resolution in pending case number 2:12-cr-076-LDG-CWH, which is inextricably linked to 2:16-mj-828-VCF.

3. Additionally, denial of this request for continuance could result in a miscarriage of

justice.

This is the Third stipulation to continue preliminary hearing filed herein.

DATED this 25th day of April, 2017.

| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
|---|---|
| */s/ Monique Kirtley*<br>By_____ | */s/ Chad W. McHenry*<br>By_____ |
| MONIQUE KIRTLEY<br>Assistant Federal Public Defender | CHAD W. MCHENRY<br>Assistant United States Attorney |

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>MARCO ANTONIO REYES,<br><br>      Defendant. | Case No. 2:16-mj-828-VCF<br><br>**ORDER** |

## **FINDINGS OF FACT**

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on May 4, 2017 at 4:00 p.m. be vacated and continued to  6-6-2017  at the hour of  4:00 PM .m.

DATED this  25th  day of April, 2017.

*[signature]*

UNITES STATES MAGISTRATE JUDGE