RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Marco Antonio Reyes

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-mj-828-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (Fifth Request) |
| MARCO ANTONIO REYES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Marco Antonio Reyes, that the Preliminary Hearing currently scheduled for July 7, 2017 at 4:00 p.m., be vacated and set to a date and time convenient to this Court but no sooner than forty-five (45) days.

The Stipulation is entered into for the following reasons:

1. The client is in custody and does not oppose the continuance.

2. The parties have negotiated a global resolution for pending case number 2:16-mj-828-VCF which is inextricably linked to 2:12-cr-076-LDG-CWH and additional time is needed to allow the parties to formalize the global resolution.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the fifth stipulation to continue preliminary hearing filed herein.

DATED this 6th day of July, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Elham Roohani*<br>By_____<br>ELHAM ROOHANI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-mj-828-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| MARCO ANTONIO REYES, | |
| Defendant. | |

# FINDINGS OF FACT

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on July 7, 2017 at 4:00 p.m. be vacated and continued to ___August 24, 2017___ at the hour of __4:00__:__PM__ ___.m.

DATED this __6th__ day of July, 2017.

_____
UNITES STATES MAGISTRATE JUDGE